| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____Northern District of Texas_____ |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Little Rock Urban Air, LLC

**2. All other names debtor used in the last 8 years**  Urban Air Adventure Park

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  8 2 – 4 4 1 0 2 4 7

**4. Debtor's address**

**Principal place of business**

P.O. Box 101734
Number      Street

Fort Worth, TX 76185
City              State   ZIP Code

Tarrant
County

**Mailing address, if different from principal place of business**

PO Box 4429
Number      Street

Chattanooga, TN 37405
City              State   ZIP Code

**Location of principal assets, if different from principal place of business**

801 S. Bowman Rd.
Number      Street

Little Rock, AR 72211
City              State   ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page **1**

Debtor   Little Rock Urban Air, LLC                             Case number *(if known)*
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. §101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>❏ Chapter 7<br>❏ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　❏ A plan is being filed with this petition.<br>　❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes.  District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❏ Yes.  Debtor _____ Relationship _____<br>　　　District _____ When _____<br>　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　Case number, if known _____ |

Official Form 201　　　　　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　　　　　page **2**

Debtor   Little Rock Urban Air, LLC  
       Name

Case number *(if known)* _____

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>_____<br>_____<br>City     State     ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>                 Contact name _____<br>                 Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  Little Rock Urban Air, LLC                                    Case number *(if known)*
      Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/22/2024
             MM/ DD/ YYYY

X  /s/ Thomas Fox                                                                Thomas Fox
    Signature of authorized representative of debtor                  Printed name

Title  Managing Member of 3 Fox Investments, LLC, its Managing Member

**18. Signature of attorney**

X  /s/ Robert T DeMarco                     Date  02/22/2024
   Signature of attorney for debtor                        MM/ DD/ YYYY

Robert T DeMarco
Printed name

DeMarco Mitchell, PLLC
Firm name

12770 Coit Road, Suite 850
Number     Street

Dallas                                             TX           75251
City                                               State        ZIP Code

(972) 991-5591                                     robert@demarcomitchell.com
Contact phone                                      Email address

24014543                                           TX
Bar number                                         State

**Fill in this information to identify the case:**

Debtor name _____ Little Rock Urban Air, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/22/2024
            MM/ DD/ YYYY

X  /s/ Thomas Fox
Signature of individual signing on behalf of debtor

Thomas Fox
Printed name

Managing Member of 3 Fox Investments, LLC, its Managing Member
Position or relationship to debtor

Official Form B202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: Little Rock Urban Air, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Capital One Mastercard<br>PO Box 71087<br>Charlotte, NC 28272-1087 | | Revolving Debt | | | | $728.00 |
| 2 | Head Rush Technologies<br>1699 Cherry St. Unit C<br>Louisville, CO 80027 | | Vendor | | | | $319.00 |
| 3 | Loop Marketing, Inc.<br>2863 95th Street, STE 143-139<br>Naperville, IL 60564 | | Marketing | Disputed<br>Unliquidated | | | $17,556.00 |
| 4 | NuCo2, LLC<br>PO Box 9011<br>Stuart, FL 34995-9011 | | Vendor | | | | $128.56 |
| 5 | PepsiCo<br>Accounts Receivable Customer Service<br>1100 Reynolds Blvd.<br>Winston Salem, NC 27105 | | Vendor | | | | $1,787.00 |
| 6 | PGP Construction<br>2600 Southlake Blvd, Ste. 120-271<br>Southlake, TX 76092 | | - Retainage outstanding | | | | $24,575.00 |
| 7 | Republic Services<br>P.O. Box 5000<br>Fogelsville, PA 18051 | | Vendor | | | | $1,324.00 |
| 8 | Simmons Bank<br>501 South Main Street<br>Pine Bluff, AR 71601 | | Revolving Debt | | | | $146,063.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 1

Debtor    Little Rock Urban Air, LLC    Case number *(if known)*
_____Name_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Summit Utilities Arkansas<br>PO Box 2414<br>Fort Smith, AR 72902 | | Utility | | | | $1,563.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Ascentium Capital
23970 Hwy. 59N
Kingwood, TX 77339

Bowman Station Properties
c/o West Group
5507 Ranch Drive, Ste 201
Little Rock, AR 72223

Capital One Mastercard
PO Box 71087
Charlotte, NC 28272-1087

Central Arkansas Water
221 East Capitol Ave.
P.O. Box 1789
Little Rock, AR 72203

Comptroller, State of Arkansas
1509 W. 7th Street, STE 401
Little Rock, AR 72201

Dallas County Tax-Assessor Collector
500 Elm Street
Dallas, TX 75202

Elisa Fox
PO Box 4429
Chattanooga, TN 37405

Thomas Fox
PO Box 4429
Chattanooga, TN 37405

Gary S. Weiss
10750 West 143rd Street, STE 57
Orland Park, IL 60462

Head Rush Technologies
1699 Cherry St. Unit C
Louisville, CO 80027

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Loop Marketing, Inc.
2863 95th Street, STE 143-139
Naperville, IL 60564

NuCo2, LLC
PO Box 9011
Stuart, FL 34995-9011

Office of the United States Trustee
Earle Cabell Federal Building
1100 Commerce Street Room 976
Dallas, TX 75242

PepsiCo
Accounts Receivable Customer Service
1100 Reynolds Blvd.
Winston Salem, NC 27105

PGP Construction
2600 Southlake Blvd, Ste. 120-271
Southlake, TX 76092

Pulaski County Assessor's Office
201 S. Broadway, Suite 310
Little Rock, AR 72201

Republic Services
P.O. Box 5000
Fogelsville, PA 18051

Simmons Bank
501 South Main Street
Pine Bluff, AR 71601

Summit Utilities Arkansas
PO Box 2414
Fort Smith, AR 72902

SW Fort Worth Urban Air, LLC
Urban Air Adventure Park
5425 Columbus Trail
Fort Worth, TX 76123

Texas Attorney General's Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Account
C/O Office of the Attorney General
Bankruptcy-Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

Thomas Fox
PO Box 4429
Chattanooga, TN 37405

U.S. Small Business
Administration
PO Box 3918
Portland, OR 97208-3918

United States Attorney
Northern District of Texas
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

Urban Air Corporate
2350 Airport Freeway, Ste 505
Bedford, TX 76022

Urban Air Naperville, LLC
Urban Air Adventure Park
1955 Glacier Park Ave
Naperville, IL 60540

US Foods, Inc.
PO Box BOX 602224
28260

Xtreme Sports Group
Chattanooga, LLC
Urban Air Adventure Park
2020 Gunbarrel Rd
Chattanooga, TN 37405

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Little Rock Urban Air, LLC**  CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  02/22/2024  Signature  /s/ Thomas Fox

Thomas Fox, Managing Member of 3 Fox Investments, LLC, its Managing Member

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE:                                                                      CHAPTER **11**
**Little Rock Urban Air, LLC**

DEBTOR(S)                                                         CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **3 Fox Investments, LLC**<br>P.O. BOX 40229<br>CHATTANOOGA, TN 37405 | | 69.714% | Managing Member |
| **Aspen West Irrevocable Trust**<br>368 FOCH ST<br>FORT WORTH, TX 76107 | | 5.56% | Member |
| **Kevin Gregory**<br>4633 SAINT LAURENT CT<br>FORT WORTH, TX 76126 | | 11.11% | Member |
| **Pamela Fox**<br>2216 MAUMELLE OR<br>PLANO, TX 75023 | | 3.33% | Member |
| **Wind River Holdings, LLC**<br>801 CHERRY ST STE 2000<br>FORT WORTH, TX 76102 | | 4.726% | Member |
| **SSM Revocable Living Trust**<br>PO Box 15037<br>Fort Worth, TX 76119 | | 2.78% | Member |
| **CopperWalk, LLC**<br>1301 Throckmorton St, #2503<br>Fort Worth, TX 76102 | | 2.78% | Member |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member of 3 Fox Investments, LLC, its Managing Member** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **02/22/2024**                                             Signature: /s/ Thomas Fox

*Thomas Fox, Managing Member of 3 Fox Investments, LLC, its Managing Member*