DeMarco·Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
T 972-991-5591
F 972-346-6791

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | Case No.: 24-40610-MXM-11 |
| | Chapter: 11 |
| **Little Rock Urban Air, LLC** | |
| 82-4410247 | |
| P.O. Box 101734 | |
| Fort Worth, TX 76185 | |
| **Debtor.** | |

**DEBTORS' SUBCHAPTER V STATUS REPORT**
**[11 U.S.C. § 1181(c)]**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW** Little Rock Urban Air, LLC, debtor and debtor in possession in the above-styled and numbered cases ("**Debtor**") and would respectfully show the Court as follows:

**I.    BACKGROUND**

1.    This case was commenced by the filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code on **February 22, 2024** (the "**Petition Date**") as a small business cases as that phrase is defined in 11 U.S.C. § 101(51C).

2.    The First Meeting of Creditors is scheduled for **March 29, 2024**.

3.    Katharine B. Clark is the duly appointed SubChapter V Trustee in these bankruptcy cases pursuant to 11 U.S.C. § 1183 ("**SubV Trustee**").

## II.  DEADLINES

4. Sections 1181-1195 of Title 11 of the United States Code ("**SBRA**") is intended to "streamline the process by which small business debtors reorganize and rehabilitate their financial affairs." Report of Committee on the Judiciary, House of Representatives, Report 116-171, 116th Cong., 1st Sess., on Small Business Reorganization Act of 2019, page 1. As such, there are certain deadlines that must be achieved, which deadlines may be extended only if "the need for an extension is attributable to circumstances for which the debtor should not justly be held accountable." *See e.g.* 11 U.S.C. §§ 1188(b) (court status conference within 60 days of the petition date), 1188(c) (debtor shall file and serve a report on efforts undertaken to obtain a consensual plan 14 days prior to the § 1188(b) status conference), and 1189(b) (debtor shall file a plan within 90 days of the petition date).

5. The Court, in accord with the foregoing, filed *Scheduling Order and Notice of Status Conference* thereby establishing the deadline for filing and serving this Report [Docket Entry No. 15].

6. The Section 1188 and 1189 dates and deadlines are as follows:

Status Conference:   April 11, 2024
Debtor's Report:     March 28, 2024
Plan filing deadline: May 22, 2024

7. The deadlines for filing proofs of claim remain unaltered and are as follows:

Deadline for non-governmental entities:   May 2, 2024
Deadline for governmental entities:       August 20, 2024

## III.  OPERATIONS

8. Debtor is a Texas corporation, established in February 13, 2018, which currently operates from Little Rock, Arkansas.

9. Debtor is an Urban Air Adventure Park franchisee through which it offers endless fun for kids of all ages. Though attractions the Debtor provides a safe and fun environment where kids can be active, connect socially, and feel special.

10. The Debtor operates under a franchise agreement by and between itself and UATP Management, LLC ("**Franchisor**"). It is critical to the success of this chapter 11 case that the franchise agreement remain in place.

### IV. OFFER TO ACHIEVE CONSNESUAL PLAN OF REORGANIZATION

11. One of the objectives of SBRA is to facilitate a consensual plan of reorganization by and between the debtor and her creditors. This Report is filed and served upon all interested parties in an effort to achieve that goal.

### V. PLAN PROPOSAL

12. The following is the Debtor's initial plan proposal for its creditors and is **subject to Federal Rule of Evidence 408**.

*Summary of Proposed Plan Treatment*

**Unclassified Administrative Expense Claims:**

| Type | Estimated Amount | Treatment |
|---|---|---|
| Professional Fees of DeMarco Mitchell, PLLC | $10,000.00 | Monthly, after the effective date, in an amount to be agreed upon. |
| SubV Trustee | $3,500.00 | Monthly, after the effective date, in an amount to be agreed upon. |

**Priority Tax Claims:**

| Description | Estimated Amount | Date Assessed | Treatment |
|---|---|---|---|
| n/a | n/a | n/a | n/a |

**Secured Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED ALLOWED CLAIM | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 1A | Secured *Ad Valorem* Tax Claims | YES | If monies are owed, paid in full and amortized over 5 years from the Petition Date at 12% | unknown | unknown |
| Class 1B | Ascentium Capital | YES | Paid full amount of allowed secured claim | $228,272 | $228,272 plus interest |

**General Unsecured Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED TOTAL CLAIMS | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 3 | General Unsecured Claims | YES | Paid from revenue | $970,000 | Approximately 25% of allowed claim |

## VI.    CONCLUSION

The Debtor is asking you to consider the foregoing proposal and provide feedback in order to facilitate the confirmation of a consensual plan.

Respectfully submitted,

Dated: **April 8, 2024**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**        972-991-5591
**F**        972-346-6791
*Proposed* **Counsel for Debtor and Debtor in Possession**

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **25th day of March, 2024**. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first-class mail.

### DEBTOR

**Little Rock Urban Air, LLC**
P.O. Box 101734
Fort Worth, TX 76185

### TRUSTEES

**Office of the United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202

**Behrooz P. Vida -SBRA V**
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX 76021

### ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE

**Simmons Bank**
c/o Mike Menton
SettlePou
3333 Lee Parkway
Eighth Floor
Dallas, Texas 75219
Email: mmenton@settlepou.com

### SEE ATTACHED MATRIX

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
 **Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
 **Email** mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
 **T** 972-991-5591
 **F** 972-346-6791

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 24-40610-mxm11<br>Northern District of Texas<br>Ft. Worth<br>Mon Apr  8 23:14:11 CDT 2024 | Bowman Station Properties, LLC<br>5507 Ranch Drive<br>Suite 201<br>Little Rock, AR 72223-0043 | City of Frisco<br>Linebarger, Goggan, Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |
| City of Pasadena<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Crowley ISD<br>% Perdue Brandon Fielder Et Al<br>500 E. Border Street<br>Suite 640<br>Arlington, TX 76010-7457 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Fwy, Ste. 1000<br>Dallas, TX 75207-2328 |
| Ellis County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Grayson County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 | Little Rock Urban Air, LLC<br>P.O. Box 4429<br>Chattanooga, TN 37405-0429 |
| Parker CAD<br>Linebarger, Goggan, Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Rockwall CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 | Simmons Bank<br>c/o Michael P. Menton<br>3333 Lee Parkway, Eighth Floor<br>Dallas, TX 75219-5111 |
| Smith County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Tarrant County<br>Linebarger, Goggan, Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 |
| (p)ASCENTIUM CAPITAL<br>Attn: Dominic Diloreto<br>239070 US 59 North<br>Kingwood, TX 77339 | Bowman Station Properties<br>c/o West Group<br>5507 Ranch Drive, Ste 201<br>Little Rock, AR 72223-0043 | Capital One Mastercard<br>PO Box 71087<br>Charlotte, NC 28272-1087 |
| Central Arkansas Water<br>221 East Capitol Ave.<br>P.O. Box 1789<br>Little Rock, AR 72203-1789 | City of Pasadena<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Comptroller, State of Arkansas<br>1509 W. 7th Street, STE 401<br>Little Rock, AR 72201-3933 |
| Crowley ISD<br>c/o Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010-7457 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Dallas County Tax-Assessor Collector<br>500 Elm Street<br>Dallas, TX 75202-3304 |
| Elisa Fox<br>PO Box 4429<br>Chattanooga, TN 37405-0429 | Gary S. Weiss<br>10750 West 143rd Street, STE 57<br>Orland Park, IL 60462-1925 | Head Rush Technologies<br>1699 Cherry St. Unit C<br>Louisville, CO 80027-3146 |
| Internal Revenue Service<br>1100 Commerce St. MC 5027DAL<br>Dallas, TX 75242-1100 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Loop Marketing, Inc.<br>2863 95th Street, STE 143-139<br>Naperville, IL 60564-9005 |

| | | |
|---|---|---|
| NuCo2, LLC<br>PO Box 9011<br>Stuart, FL 34995-9011 | Office of the United States Trustee<br>Earle Cabell Federal Building<br>1100 Commerce Street Room 976<br>Dallas, TX 75242-1011 | PGP Construction<br>2600 Southlake Blvd, Ste. 120-271<br>Southlake, TX 76092-6634 |
| PepsiCo<br>Accounts Receivable Customer Service<br>1100 Reynolds Blvd.<br>Winston Salem, NC 27105-3400 | Pulaski County Assessor's Office<br>201 S. Broadway, Suite 310<br>Little Rock, AR 72201-2340 | Republic Services<br>P.O. Box 5000<br>Fogelsville, PA 18051-5000 |
| SW Fort Worth Urban Air, LLC<br>Urban Air Adventure Park<br>5425 Columbus Trail<br>Fort Worth, TX 76123-2982 | (p)SIMMONS BANK<br>ATTN CONSUMER DEFAULT DEPARTMENT<br>POST OFFICE BOX 733<br>UNION CITY TN 38281-0733 | Simmons Bank<br>PO Box 6609<br>Pine Bluff, AR 71611-6609 |
| Summit Utilities Arkansas<br>PO Box 2414<br>Fort Smith, AR 72902-2414 | Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Texas Attorney General's Office<br>Bankruptcy Collection Division<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Texas Comptroller of Public Account<br>C/O Office of the Attorney General<br>Bankruptcy-Collections Division<br>PO Box 12548, MC-008<br>Austin, TX 78711-2548 | Thomas Fox<br>PO Box 4429<br>Chattanooga, TN 37405-0429 | U.S. Small Business Administration<br>150 Westpark Way<br>Suite 130<br>Euless, TX 76040-3705 |
| U.S. Small Business Administration<br>PO Box 3918<br>Portland, OR 97208-3918 | US Foods, Inc.<br>PO Box BOX 28260-2224 | United States Attorney<br>Northern District of Texas<br>1100 Commerce Street, 3rd Fl.<br>Dallas, TX 75242-1074 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Urban Air Corporate<br>2350 Airport Freeway, Ste 505<br>Bedford, TX 76022-6027 | Urban Air Naperville, LLC<br>Urban Air Adventure Park<br>1955 Glacier Park Ave<br>Naperville, IL 60540-3942 |
| Xtreme Sports Group Chattanooga, LLC<br>Urban Air Adventure Park<br>2020 Gunbarrel Rd<br>Chattanooga, TN 37421-2679 | Behrooz P. Vida -SBRA V<br>3000 Central Dr.<br>Bedford, TX 76021-3671 | Robert Thomas DeMarco<br>Robert Demarco<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascentium Capital<br>23970 Hwy. 59N<br>Kingwood, TX 77339 | Simmons Bank<br>501 South Main Street<br>Pine Bluff, AR 71601 | (d)Simmons Bank<br>PO Box 733<br>Union City, TN 38281 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Small Business Administration

End of Label Matrix
Mailable recipients   53
Bypassed recipients    1
Total                 54