**Fill in this information to identify the case:**

Debtor Name  Little Rock Urban Air, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number:  24-40610-11

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  April 2024

Date report filed: ___ MM / DD / YYYY

Line of business: Family Entertainment

NAISC code: 713990

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Thomas Fox

Original signature of responsible party

Printed name of responsible party  Thomas Fox

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all of the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☑ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☑ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Little Rock Urban Air, LLC

Case number  24-40610-11

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 84,228.52

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 165,106.25

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 193,680.77

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -28,574.52

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 55,654.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ 0.00

    *(Exhibit E)*

| Debtor Name | Little Rock Urban Air, LLC | Case number | 24-40610-11 |
|---|---|---|---|

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                    $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?            40

27. What is the number of employees as of the date of this monthly report?       40

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____ 0.00

30. How much have you paid this month in other professional fees?            $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?            $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 100,000.00 | − | $ 165,106.25 | = | $ 65,106.25 |
| 33. **Cash disbursements** | $ 140,000.00 | − | $ 193,680.77 | = | $ 53,680.77 |
| 34. **Net cash flow** | $ -40,000.00 | − | $ -28,574.52 | = | $ 11,425.48 |

35. Total projected cash receipts for the next month:                  $ 140,000.00

36. Total projected cash disbursements for the next month:            - $ 125,000.00

37. Total projected net cash flow for the next month:                = $ 15,000.00

Debtor Name  Little Rock Urban Air, LLC                                    Case number 24-40610-11

| | **8. Additional Information** |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐   39.   Bank reconciliation reports for each account.

☑   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.

**EXHIBIT C - COLLECTIONS (4/1/2024 - 4/30/2024)**

| Date | Account Number | Account Name | Account Type | Description | Credit |
|---|---|---|---|---|---|
| 4/1/2024 | 134054239 | OpLR | Checking | Mercant SVC Deposits | $13,689.91 |
| 4/1/2024 | 1048430 | DepLR | Checking | UA PARTY  UATP Mgmt Member 1070 | $150.00 |
| 4/2/2024 | 134054239 | OpLR | Checking | Deposit | $85.50 |
| 4/2/2024 | 134054239 | OpLR | Checking | Deposit | $3,244.76 |
| 4/2/2024 | 134054239 | OpLR | Checking | Deposit | $1,256.99 |
| 4/2/2024 | 134054239 | OpLR | Checking | Mobile Remote Deposit | $2,327.37 |
| 4/2/2024 | 134054239 | OpLR | Checking | Mobile Remote Deposit | $425.46 |
| 4/3/2024 | 1048430 | DepLR | Checking | ECOMMERCE  UATP Mgmt Member 1070 | $704.27 |
| 4/3/2024 | 134054239 | OpLR | Checking | Mercant SVC Deposits | $315.36 |
| 4/3/2024 | 1048430 | DepLR | Checking | UA PARTY  UATP Mgmt Member 1070 | $550.00 |
| 4/4/2024 | 1048430 | DepLR | Checking | MEMBERSHIP UATP Mgmt Member 1070 | $2,710.24 |
| 4/4/2024 | 134054239 | OpLR | Checking | Mercant SVC Deposits | $1,223.80 |
| 4/4/2024 | 1048430 | DepLR | Checking | UA PARTY  UATP Mgmt Member 1070 | $50.00 |
| 4/5/2024 | 134054239 | OpLR | Checking | Deposit | $10.86 |
| 4/5/2024 | 134054239 | OpLR | Checking | Deposit | $41.35 |
| 4/5/2024 | 134054239 | OpLR | Checking | Deposit | $117.64 |
| 4/5/2024 | 1048430 | DepLR | Checking | ECOMMERCE  UATP Mgmt Member 1070 | $353.29 |
| 4/5/2024 | 134054239 | OpLR | Checking | Mercant SVC Deposits | $247.89 |
| 4/5/2024 | 1048430 | DepLR | Checking | UA PARTY  UATP Mgmt Member 1070 | $3,278.08 |
| 4/8/2024 | 134054239 | OpLR | Checking | Mercant SVC Deposits | $11,218.54 |
| 4/8/2024 | 1048430 | DepLR | Checking | UA PARTY  UATP Mgmt Member 1070 | $400.00 |
| 4/9/2024 | 134054239 | OpLR | Checking | Deposit | $294.56 |
| 4/9/2024 | 134054239 | OpLR | Checking | Deposit | $358.47 |
| 4/9/2024 | 134054239 | OpLR | Checking | Deposit | $3,506.63 |
| 4/9/2024 | 134054239 | OpLR | Checking | Deposit | $1,057.91 |
| 4/9/2024 | 134054239 | OpLR | Checking | Mobile Remote Deposit | $27.74 |
| 4/9/2024 | 134054239 | OpLR | Checking | Mercant SVC Deposits | $2,833.96 |
| 4/10/2024 | 1048430 | DepLR | Checking | ECOMMERCE  UATP Mgmt Member 1070 | $281.13 |
| 4/10/2024 | 134054239 | OpLR | Checking | Mercant SVC Deposits | $898.24 |
| 4/10/2024 | 1048430 | DepLR | Checking | UA PARTY  UATP Mgmt Member 1070 | $350.00 |
| 4/11/2024 | 1048430 | DepLR | Checking | MEMBERSHIP UATP Mgmt Member 1070 | $3,186.97 |
| 4/11/2024 | 134054239 | OpLR | Checking | Mercant SVC Deposits | $258.84 |
| 4/11/2024 | 1048430 | DepLR | Checking | UA PARTY  UATP Mgmt Member 1070 | $330.41 |
| 4/12/2024 | 134054239 | OpLR | Checking | Deposit | $113.26 |
| 4/12/2024 | 134054239 | OpLR | Checking | Deposit | $1,034.00 |
| 4/12/2024 | 134054239 | OpLR | Checking | Deposit | $3.20 |
| 4/12/2024 | 134054239 | OpLR | Checking | Deposit | $80.00 |
| 4/12/2024 | 134054239 | OpLR | Checking | Mercant SVC Deposits | $119.77 |
| 4/12/2024 | 1048430 | DepLR | Checking | UAECOMM   UATP Mgmt Member 1070 | $558.34 |
| 4/12/2024 | 1048430 | DepLR | Checking | UAPARTYCC  UATP Mgmt Member 1070 | $5,872.99 |
| 4/15/2024 | 134054239 | OpLR | Checking | Deposit | $1,825.98 |
| 4/15/2024 | 134054239 | OpLR | Checking | Deposit | $2,863.10 |
| 4/15/2024 | 134054239 | OpLR | Checking | Mercant SVC Deposits | $10,937.09 |
| 4/15/2024 | 1048430 | DepLR | Checking | UAPARTYCC  UATP Mgmt Member 1070 | $250.00 |
| 4/16/2024 | 134054239 | OpLR | Checking | Mobile Remote Deposit | $380.73 |
| 4/16/2024 | 134054239 | OpLR | Checking | Mercant SVC Deposits | $3,423.97 |
| 4/17/2024 | 134054239 | OpLR | Checking | Mercant SVC Deposits | $328.02 |
| 4/17/2024 | 1048430 | DepLR | Checking | UACCREV  UATP Mgmt Member 1070 | $300.00 |

| 4/17/2024 | 1048430 DepLR | Checking | UAECOMM   UATP Mgmt Member 1070 | $772.32 |
|---|---|---|---|---|
| 4/18/2024 | 134054239 OpLR | Checking | Mercant SVC Deposits | $277.68 |
| 4/18/2024 | 1048430 DepLR | Checking | UAMMBRSHIP UATP Mgmt Member 1070 | $3,807.99 |
| 4/18/2024 | 1048430 DepLR | Checking | UAPARTYCC  UATP Mgmt Member 1070 | $50.00 |
| 4/19/2024 | 134054239 OpLR | Checking | Deposit | $171.84 |
| 4/19/2024 | 134054239 OpLR | Checking | Receivable Amuze Products I 025HOKPMUMVDH1O | $49.15 |
| 4/19/2024 | 134054239 OpLR | Checking | Mercant SVC Deposits | $311.70 |
| 4/19/2024 | 1048430 DepLR | Checking | UAECOMM   UATP Mgmt Member 1070 | $2,071.58 |
| 4/19/2024 | 1048430 DepLR | Checking | UAPARTYCC  UATP Mgmt Member 1070 | $7,713.41 |
| 4/22/2024 | 134054239 OpLR | Checking | MercuryACH VLNA RSI LLC MRCR-BEBKM9ZVDO | $356.37 |
| 4/22/2024 | 134054239 OpLR | Checking | Mercant SVC Deposits | $12,563.89 |
| 4/22/2024 | 1048430 DepLR | Checking | UAPARTYCC  UATP Mgmt Member 1070 | $350.00 |
| 4/23/2024 | 134054239 OpLR | Checking | Deposit | $2,931.21 |
| 4/23/2024 | 134054239 OpLR | Checking | Deposit | $81.60 |
| 4/23/2024 | 134054239 OpLR | Checking | Deposit | $188.19 |
| 4/23/2024 | 134054239 OpLR | Checking | Deposit | $398.39 |
| 4/23/2024 | 134054239 OpLR | Checking | Deposit | $630.04 |
| 4/23/2024 | 134054239 OpLR | Checking | Deposit | $1,869.04 |
| 4/23/2024 | 134054239 OpLR | Checking | Deposit | $6.61 |
| 4/23/2024 | 134054239 OpLR | Checking | Deposit | $200.16 |
| 4/23/2024 | 134054239 OpLR | Checking | Mercant SVC Deposits | $3,268.22 |
| 4/23/2024 | 134054239 OpLR | Checking | Mercant SVC Deposits | $153.22 |
| 4/24/2024 | 134054239 OpLR | Checking | Mercant SVC Deposits | $298.27 |
| 4/24/2024 | 1048430 DepLR | Checking | UAECOMM   UATP Mgmt Member 1070 | $638.23 |
| 4/24/2024 | 1048430 DepLR | Checking | UAPARTYCC  UATP Mgmt Member 1070 | $450.00 |
| 4/25/2024 | 134054239 OpLR | Checking | Mercant SVC Deposits | $133.96 |
| 4/25/2024 | 1048430 DepLR | Checking | UACCREV   UATP Mgmt Member 1070 | $300.00 |
| 4/25/2024 | 1048430 DepLR | Checking | UAMMBRSHP  UATP Mgmt Member 1070 | $4,064.56 |
| 4/26/2024 | 134054239 OpLR | Checking | Deposit | $37.45 |
| 4/26/2024 | 134054239 OpLR | Checking | Deposit | $96.05 |
| 4/26/2024 | 134054239 OpLR | Checking | Deposit | $56.24 |
| 4/26/2024 | 134054239 OpLR | Checking | Mercant SVC Deposits | $115.96 |
| 4/26/2024 | 1048430 DepLR | Checking | UAECOMM   UATP Mgmt Member 1070 | $1,422.32 |
| 4/26/2024 | 1048430 DepLR | Checking | UAPRTYCCRV UATP Mgmt Member 1070 | $13,621.25 |
| 4/29/2024 | 134054239 OpLR | Checking | Deposit | $4,648.90 |
| 4/29/2024 | 134054239 OpLR | Checking | Deposit | $594.75 |
| 4/29/2024 | 134054239 OpLR | Checking | Deposit | $1,020.45 |
| 4/29/2024 | 134054239 OpLR | Checking | Mercant SVC Deposits | $11,567.53 |
| 4/29/2024 | 1048430 DepLR | Checking | UACCREV   UATP Mgmt Member 1070 | $150.00 |
| 4/30/2024 | 134054239 OpLR | Checking | Mercant SVC Deposits | $3,791.10 |
| | | | | $165,106.25 |

**EXHIBIT D - DISBURSEMENTS (4/1/2024 - 4/30/2024)**

| Date | Account Number | Account Name | Account Type | Payee | Description | Debit |
|------|------|------|------|------|------|------|
| 4/1/2024 | 1048430 | DepLR | Checking | Entergy | Utilities - Electricity | $2,689.57 |
| 4/2/2024 | 134054239 | OpLR | Checking | Bowman Station Properties | Rent, including triple net expenses | $39,351.00 |
| 4/2/2024 | 134054239 | OpLR | Checking | Middleton Heat & Air | HVAC Service Fee | $864.31 |
| 4/2/2024 | 1048430 | DepLR | Checking | BDA Unleashed Gear | Merchandise Inventory | $1,541.94 |
| 4/2/2024 | 1048430 | DepLR | Checking | Intuit | Quickbooks Subscription | $95.94 |
| 4/2/2024 | 135576980 | MeLR | Checking | Merchant SVC | Credit Card Processing Fees | $2,345.12 |
| 4/2/2024 | 134054239 | OpLR | Checking | Elevology | Utilities - Telephone Services | $85.05 |
| 4/3/2024 | 134054239 | OpLR | Checking | Alliant | Employee Benefits | $580.74 |
| 4/5/2024 | 1048430 | DepLR | Checking | Comcast | Utilities - Cable/Internet | $559.40 |
| 4/5/2024 | 134054239 | OpLR | Checking | Simmons Bank | Account Analysis Charge | $322.91 |
| 4/5/2024 | 134054239 | OpLR | Checking | Arkansas Department of Revenue | Sales and Business Taxes | $2,623.11 |
| 4/5/2024 | 134054239 | OpLR | Checking | Intrepid | Security Monitoring | $334.16 |
| 4/8/2024 | 134054239 | OpLR | Checking | Bus Products | Deposit Slips | $99.92 |
| 4/9/2024 | 1048430 | DepLR | Checking | Summit SUA | Utilities - Gas | $361.90 |
| 4/9/2024 | 135577146 | PayLR | Checking | Paycor | Payroll - Employee Wages | $18,575.98 |
| 4/9/2024 | 134054239 | OpLR | Checking | The Icee Company | Food and Beverage Inventory | $1,760.52 |
| 4/9/2024 | 135577146 | PayLR | Checking | Paycor | Payroll Processing Fees | $415.75 |
| 4/9/2024 | 135577146 | PayLR | Checking | Paycor | Payroll Processing Fees | $379.39 |
| 4/9/2024 | 135577146 | PayLR | Checking | Paycor | Payroll Employee taxes | $4,527.43 |
| 4/12/2024 | 134054239 | OpLR | Checking | Toby Commuity First Alliance | Refund | $316.00 |
| 4/12/2024 | 134054239 | OpLR | Checking | Vida Law Firm | Trustee Fees - March/April | $2,000.00 |
| 4/15/2024 | 134054239 | OpLR | Checking | BDA Unleashed Gear | Merchandise Inventory | $1,834.88 |
| 4/15/2024 | 1048430 | DepLR | Checking | UATP Management | Royalties and Franchise Fees | $28,455.69 |
| 4/15/2024 | 134054239 | OpLR | Checking | US Foods | Food and Beverage Inventory | $6,263.26 |
| 4/17/2024 | 134054239 | OpLR | Checking | BDA Unleashed Gear | Merchandise Inventory | $1,555.50 |
| 4/18/2024 | 134054239 | OpLR | Checking | BDA Unleashed Gear | Merchandise Inventory | $1,192.05 |
| 4/19/2024 | 1048430 | DepLR | Checking | The Hartford | Property Insurance | $760.11 |
| 4/22/2024 | 134054239 | OpLR | Checking | BDA Unleashed Gear | Merchandise Inventory | $1,619.98 |
| 4/22/2024 | 134054239 | OpLR | Checking | Central Arkansas Water | Utilities - Water/Sewer | $177.17 |
| 4/22/2024 | 135577146 | PayLR | Checking | Paycor | Payroll - Employee Wages | $13,050.79 |
| 4/22/2024 | 134054239 | OpLR | Checking | First Insurance | GL and Excess GL Insurance | $10,354.42 |
| 4/22/2024 | 135577146 | PayLR | Checking | Paycor | Payroll Processing Fees | $367.39 |
| 4/22/2024 | 135577146 | PayLR | Checking | Paycor | Payroll Employee taxes | $3,114.32 |
| 4/23/2024 | 1048430 | DepLR | Checking | ATT | Employee Cell Phones | $732.79 |
| 4/24/2024 | 134054239 | OpLR | Checking | Arkansas Department of Revenue | Sales and Business Taxes | $19,533.00 |
| 4/24/2024 | 134054239 | OpLR | Checking | Optim8 | Svc fee for employee timekeeping system | $250.00 |
| 4/25/2024 | 134054239 | OpLR | Checking | Appetize | Service Fee for POS System | $185.90 |
| 4/25/2024 | 134054239 | OpLR | Checking | Raydius | Local Marketing Svc | $1,101.00 |
| 4/29/2024 | 134054239 | OpLR | Checking | The Icee Company | Food and Beverage Inventory | $595.33 |
| 4/30/2024 | 135576980 | MeLR | Checking | Simmons Bank | Balance Fee in Service Charge | $25.00 |
| 4/30/2024 | 135577146 | PayLR | Checking | Simmons Bank | Balance Fee in Service Charge | $25.00 |
| 4/30/2024 | 1048430 | DepLR | Checking | Entergy | Utilities - Electricity | $2,607.05 |
| 4/30/2024 | 135576980 | MeLR | Checking | Simmons Bank | Service Charge | $25.00 |
| 4/30/2024 | 135577146 | PayLR | Checking | Simmons Bank | Service Charge | $25.00 |
| 4/11/2024 | 134054239 | OpLR | Checking | Simmons Bank | SBA Loan Payment | $20,000.00 |
| | | | | | | $193,680.77 |

# Urban Air Adventure Park - Little Rock, AR

## Profit and Loss

April 2024

|  | TOTAL |
|---|---:|
| Income | |
| 10000 Cash/Check Deposits | 28,825.13 |
| 10100 Membership | 5,897.21 |
| 10200 Party | 47,501.48 |
| 10300 Ecommerce | 1,338.69 |
| 10400 In Park Rev (CC Transactions) | 77,848.70 |
| 10500 Rebate/Rev Share | 3,566.82 |
| 10700 Refunds | -316.00 |
| **Total Income** | **$164,662.03** |
| Cost of Goods Sold | |
| 50000 Food & Beverage COGS | 9,827.14 |
| 50200 Merchandise COGS | 7,413.47 |
| 50600 Credit Card Fees | 2,345.12 |
| **Total Cost of Goods Sold** | **$19,585.73** |
| GROSS PROFIT | **$145,076.30** |
| Expenses | |
| 51000 Payroll expenses | |
| 51100 General/Hourly Staff Wages | 31,473.55 |
| 52000 Payroll Taxes | 7,641.75 |
| **Total 51000 Payroll expenses** | **39,115.30** |
| 53000 Advertising & marketing | |
| 53200 Other Advertising - Local Park Marketing | 1,101.00 |
| **Total 53000 Advertising & marketing** | **1,101.00** |
| 54000 Occupancy | |
| 54100 Rent including Triple Net Expenses | 39,351.00 |
| 54150 Security Monitoring | 334.16 |
| 54200 Repairs & Maintenance - Building | 864.31 |
| 54200 Utilities - Electricity & Gas | 5,658.52 |
| 54300 Utilities - Water & Sewer | 177.17 |
| 54400 Utilities - Satellite and Cable Television | 559.40 |
| 54500 Utilities - Telephone & Internet | 85.05 |
| **Total 54000 Occupancy** | **47,029.61** |
| 55000 Insurance | |
| 55100 General Liability Insurance | 10,354.42 |
| 55200 Property insurance | 760.11 |
| **Total 55000 Insurance** | **11,114.53** |
| 56000 Miscellaneous Expense | |
| 52100 Payroll Processing Expenses | 1,162.53 |
| 56200 Royalties | 28,455.69 |
| 56600 Dues and Subscription Fees | 250.00 |

# Urban Air Adventure Park - Little Rock, AR

## Profit and Loss

### April 2024

| | TOTAL |
|---|---|
| 56800 Bank Fees (Non-Credit Card) | 422.91 |
| **Total 56000 Miscellaneous Expense** | **30,291.13** |
| **Total Expenses** | **$128,651.57** |
| NET OPERATING INCOME | **$16,424.73** |
| Other Expenses | |
| 70000 Interest Expense | 5,340.41 |
| 70700 Sales Tax Paid | 22,156.11 |
| 76000 Accounting Fees | 95.94 |
| 78000 Legal Fees | 2,000.00 |
| 79000 Cellular/Other Communications Expense | 732.79 |
| 79100 Non-Park Office Supplies | 99.92 |
| **Total Other Expenses** | **$30,425.17** |
| NET OTHER INCOME | **$ -30,425.17** |
| NET INCOME | **$ -14,000.44** |